**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-6881**

—————————

WILLIAM DOUGLAS DAWSON, JR.,

       Plaintiff - Appellant,

   v.

CAPTAIN RHONDA ABSTON; WARDEN MICHAEL MCCALL; ASSISTANT WARDEN FLORENCE MAUNEY; ASSISTANT WARDEN DENIS BUSH,

       Defendants – Appellees,

   and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

       Defendant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Florence. David C. Norton, District Judge. (4:13-cv-01366-DCN)

—————————

Submitted: October 1, 2014      Decided: October 10, 2014

—————————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

William Douglas Dawson, Jr., Appellant Pro Se. Lisa Arlene Thomas, THOMPSON & HENRY, PA, Conway, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Dawson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dawson v. Abston</u>, No. 4:13-cv-01366-DCN (D.S.C. June 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>